UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: RANDY HOWARD EVANS
      DEANNA LEE EVANS                CASE NO. 10-18624-RLM-13

DEBTORS

### TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS

Pursuant to Fed.R.Bankr.P. 3011, Ann M. DeLaney, trustee herein, submits the following notice of unclaimed dividends to the Court.

| **Payee(s)** | **Last Known Address(es)** | **Amount (s)** |
|---|---|---|
| Allied Adjustment & Collection | P.O. Box 1023<br>Muncie, IN 47308 | $28.39 |

**TOTAL AMOUNT**: $28.39

/s/Ann DeLaney
Ann DeLaney
P.O. Box 441285
Indianapolis, IN 46244
Telephone: (317) 829-7360
Facsimile: (317) 829-7369
Email:anndelaney341@trustee13.com

(Note: All checks should be mailed to the Indianapolis Clerk's Office, PO Box 44978, Indianapolis, IN 46244, not to the divisional offices. Attach a copy of this notice to the check. Only remit one check per notice regardless of whether 1 or 250 claimants are listed on the notice.)